United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 16-14948-elf

Chandra Perry     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Jul 16, 2021     Form ID: 138NEW     Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Chandra Perry, 2141 Melvin Street, Philadelphia, PA 19131-3017 |
| 13758947 | + | Federal Loan Servicing, P.O.Box 69184, Harrisburg, PA 17106-9184 |
| 13758948 | | First Premier, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 13758949 | + | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 13758950 | | PNC Bank, 249 5th Sve, Ste 30, Pittsburgh, PA 15222 |
| 14233347 | + | PNC Bank National Association, c/o Kevin G. McDonald, Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13827465 | | U.S. Department of Education, c/o Fedloan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 13758953 | + | Wells Fargo Card Services, Mac F82535-02f, P.O. Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 16 2021 23:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2021 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 16 2021 23:32:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jul 17 2021 00:14:20 | Capital One Auto Finance, P.O. Box 201347, Arlington, TX 76006-1347 |
| cr | | Email/PDF: acg.acg.ebn@americaninfosource.com | Jul 17 2021 02:16:24 | Capital One Auto Finance c/o AIS Portfolio Service, P.O. BOX 4360, Houston, TX 77210-4360 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Jul 16 2021 23:35:36 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13758944 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 17 2021 00:14:16 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 13789682 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jul 17 2021 00:14:20 | Capital One Auto Finance, c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 13758945 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Jul 17 2021 01:35:45 | Capital One Auto Finance, 7933 Preston Rd, Plano, TX 75024-2302 |
| 13761601 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jul 17 2021 00:02:17 | Capital One Auto Finance, a division of Capital On, P.O. Box 201347, Arlington, TX 76006-1347 |
| 13782126 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 17 2021 00:02:17 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13758946 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2021 23:35:32 | Citibank, Citicorp Credit Srvs/Centralized |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 16, 2021 | Form ID: 138NEW | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| | | | | Bankrup, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 13821462 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 16 2021 23:32:00 | PNC BANK,N.A., PO BOX 94982, Cleveland, Ohio 44101-0570 |
| 13830963 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 16 2021 23:32:00 | PNC Bank, N.A., 3232 Newmark Dr., Miamisburg, OH 45342 |
| 13758951 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 16 2021 23:32:00 | PNC Mortgage, P.O. Box 8703, Dayton, OH 45401 |
| 13809214 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 16 2021 23:32:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 13764844 | | Email/PDF: rmscedi@recoverycorp.com | Jul 16 2021 23:35:37 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13758952 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 16 2021 23:35:30 | Synchrony Bank, P.O. Box 965064, Orlando, FL 32896-5064 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 18, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2021 at the address(es) listed below:

**Name**    **Email Address**

BRAD J. SADEK
    on behalf of Debtor Chandra Perry brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

DAVID NEEREN
    on behalf of Creditor PNC BANK  National Association dneeren@udren.com, vbarber@udren.com

DAVID NEEREN
    on behalf of Creditor PNC Bank  National Association dneeren@udren.com, vbarber@udren.com

KEVIN G. MCDONALD
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

LORRAINE GAZZARA DOYLE
    on behalf of Creditor PNC BANK  National Association Lorraine@mvrlaw.com, Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

MORRIS ANTHONY SCOTT

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 16, 2021 | Form ID: 138NEW | Total Noticed: 26 |

| | |
|---|---|
| | on behalf of Creditor PNC BANK  National Association mscott@pincuslaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC BANK  National Association bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Chandra Perry

      Debtor(s)

Bankruptcy No: 16−14948−elf

Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑     2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑     3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                For The Court
                                Timothy B. McGrath
                                Clerk of Court

Dated: 7/16/21

                                                  43 − 42
                                                Form 138_new