United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 16-14948-elf

Chandra Perry                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 19, 2021 | Form ID: 212 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Chandra Perry, 2141 Melvin Street, Philadelphia, PA 19131-3017 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2021           Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Chandra Perry brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| DAVID NEEREN | on behalf of Creditor PNC Bank  National Association dneeren@udren.com, vbarber@udren.com |
| DAVID NEEREN | on behalf of Creditor PNC BANK  National Association dneeren@udren.com, vbarber@udren.com |
| KEVIN G. MCDONALD | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor PNC BANK  National Association Lorraine@mvrlaw.com, Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |

District/off: 0313-2

Date Rcvd: Jul 19, 2021

Form ID: 212

Total Noticed: 1

MORRIS ANTHONY SCOTT

on behalf of Creditor PNC BANK  National Association mscott@pincuslaw.com

REBECCA ANN SOLARZ

on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ

on behalf of Creditor PNC BANK  National Association bkgroup@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM C. MILLER, Esq.

on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com


TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:                                                            Chapter: 13

      Chandra Perry

Debtor(s)                                                     Case No: 16−14948−elf

---

### *ORDER*

      AND NOW, 7/19/21 , it appearing that the debtor must file either a statement regarding

completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for

a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

      Additionally, it appearing that the debtor must file a certification regarding domestic support

obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

      And the statement regarding personal financial management and the domestic support

obligation certification were due no later than the last payment made by the debtor as required

by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

      Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date

of this order to file

    ☐ A statement regarding completion of an instructional course concerning
personal financial management, (Official Form B423) or a request for a waiver
from such requirement.

    ☑ A certification regarding domestic support obligations and Section 522(q),
(Director's Form B2830);

      If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without
the debtor receiving his/her chapter 13 discharge.

For The Court

Eric L. Frank

Judge ,United States Bankruptcy
Court